APPEAL NO. 73-64. MARIO NARDOLILLO *et al. v.* WARD FOODS, INC. Motion of appellee to dismiss appeal is denied pro forma. Joslin, J., not participating. *John F. McBurney,* for appellants. *Keenan, Rice, Dolan & Reardon, Frederick A. Reardon,* for appellee.

### May 24, 1973.

M. P. No. 1986. STATE *v.* ROBERT G. COLE. Order entered on February 22, 1973 is modified by deleting therefrom that portion which grants the motion for a transcript and directs the Attorney General to arrange for its preparation and transmission to petitioner. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Brian J. Sarault,* for defendant-petitioner.

### May 25, 1973.

M. P. No. 73-91. PAWTUXET VALLEY BUS LINES, INC. *v.* HARRY McKANNA, JR. *et al., individually and in their capacities as members of the School Committee of the Town of West Warwick.* Plaintiff's motion is granted, and instant cause is consolidated for hearing before this court with the cause of *Pawtuxet Valley Bus Lnes, Inc.* v. *McKanna,* No. 73-99-A. Joslin, J., not participating. *Beals, Jerue & DiFiore, Albert DiFiore,* for plaintiff. *Charles J. McGovern,* for United Truck & Bus Service Co., *John S. Brunero,* for defendants.